IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

Case No. 4:21-CV-79-FL

| | |
|---|---|
| DONALD FRANK SCHEPER and JULIE SCHEPER,<br><br>Plaintiffs,<br><br>v.<br><br>FLOOD PROS OF SWFL CORP., d/b/a FP PROPERTY RESTORATION, STEVEN R. GLOZIK, JR., ZACHARY G. LICURSI, and UNITED PROPERTY & CASUALTY INSURANCE COMPANY, INC.<br><br>Defendants. | **CONSENT ORDER<br>GRANTING MOTION TO STAY** |

For the reasons set forth in the Notice of Delinquency Filing and Motion to Stay Proceedings by consent, it is hereby ADJUDGED AND ORDERED that the Motion to Stay by Consent is GRANTED; and that all proceedings in the above-referenced matter are STAYED until the 120-day statutory stay expires on August 29, 2023, or such other time as may be determined by the Court in accordance with N.C.G.S. § 58-48-85.

This the 1st day of May, 2023.

*/s/ Louise W. Flanagan*
LOUISE W. FLANAGAN
United States District Judge